**MONTANA EASTERN PIPE LINE COMPANY v. MONTANA DAKOTA UTILITIES COMPANY.**

No. 9125.

Circuit Court of Appeals, Ninth Circuit.

July 11, 1939.

No appearance for appellant.

Faegre, Benson & Krause, of Minneapolis, Minn., and Hildebrand & Warren, of Glendive, Mont., for appellee.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of motion of appellee for dismissal of the appeal herein, 26 F.Supp. 284, for failure of appellant to

file brief within time required, and good cause therefor appearing, ordered motion granted, that the appeal herein be dismissed, that a decree of dismissal be filed and entered, without prejudice to appellant to move within 30 days to reinstate appeal.